UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CURLETA EMRANI | CIVIL ACTION NO. |
| Plaintiff | |
| VS. | |
| FAIRFIELD FAMILY CARE, LLC | JUNE 14, 2017 |
| Defendant | |

## NOTICE OF REMOVAL

Defendant, Fairfield Family Care, LLC, by and through its undersigned attorneys, hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. Section 1331 and 1441, *et seq.* and states the following grounds in support of the removal of the above-captioned action from the Superior Court of the State of Connecticut, Judicial District of Fairfield, to the United States District Court for the District of Connecticut.

1. Plaintiff instituted the above-captioned action in the Superior Court of the State of Connecticut, District of Fairfield, by filing a Complaint on or about May 22, 2017. The Clerk of the Court assigned this action docket no. CV <u>17-6064475 S</u> (hereinafter referred to as the "State Action"). Copies of the JD-CV-1 Summons and Complaint in the State Court Case (the "State Court Pleadings") are attached hereto and constitute all process, pleadings and orders that have been served upon defendant.

2. The State Court Pleadings were received by defendant on May 15, 2017.

3. Removal of the State Action is proper under 28 U.S.C. Section 1441, *et seq.*, because the district courts of the United States have original jurisdiction over the State Action pursuant to 28 U.S.C. Section 1331.

4. The State Action was commenced by plaintiff, asserting inter alia, claims arising pursuant to 29 U.S.C. Section 206(A), 207(A)(1) and 215 et seq.

5. The State Action Complaint also alleges two state causes of action: violation of CGS Section 31-72 and unjust enrichment.

6. Defendant submits this Notice of Removal without waiving any defenses to plaintiff's claims or conceding that plaintiff has pled any claims upon which relief may be granted. Further, by filing this Notice of Removal, defendant does not waive any defenses with respect to the adequacy or effectiveness of service of process.

7. In accordance with 28 U.S.C. Section 1446(b), this Notice of Removal is being filed with this Court within thirty (30) days after defendant's receipt of copies of the State Court Pleadings by service of process or otherwise.

8. There are no related proceedings pending or recently filed in this Court.

9. Pursuant to 28 U.S.C. Section 1446(d), defendant shall file a copy of the notice of removal with the Clerk of the State of Connecticut Superior Court.

10. Pursuant to 28 U.S.C. Section 1446(d), defendant shall give written notice to the plaintiff of the filing of this notice of removal.

WHEREFORE, defendant respectfully requests that the State Action be removed from the Superior Court of the State of Connecticut, Judicial District of Fairfield to the United States District Court for the District of Connecticut.

DEFENDANT,
FAIRFIELD FAMILY CARE, LLC

By_____
Stuart M. Katz, Esq. ct12088
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT 06604
(203) 368-0211 – Phone
(203) 337-5505 – Fax
skatz@cohenandwolf.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 4th day of June 2017 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Matthew D. Paradisi, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel. (860) 296-3457
Fax (860) 296-0607
mparadisi@cicchielloesq.com
Counsel for Curleta Emrani

Stuart M. Katz